# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN TIMOTHY WALDROP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1962** |
| **RANDALL L. BETHANCOURT, ET AL.** | **SECTION: "S"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Judge Randall L. Bethancourt, Assistant District Attorney Jay J. Luke, the Louisiana State Police, and the two unidentified individuals are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's claims against Corey Pennison and Terone Larvadain are **STAYED** and that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction and that this case will be restored to the trial docket upon plaintiff's motion once his state criminal prosecution is

concluded, so that the claims against Corey Pennison and Terone Larvadain may proceed to final disposition.

New Orleans, Louisiana, this  18th  day of           August          , 2010.

_____
**UNITED STATES DISTRICT JUDGE**