UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN TIMOTHY WALDROP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1962** |
| **RANDALL L. BETHANCOURT, ET AL.** | **SECTION: "S"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Corey Pennison and Terone Larvadain are **STAYED** and that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction and that this case will be restored to the trial docket upon plaintiff's motion once his state criminal proceedings are concluded, so that the claims against Corey Pennison and Terone Larvadain may proceed to final disposition.

New Orleans, Louisiana, this __20th__ day of ____January____, 2011.

_____
UNITED STATES DISTRICT JUDGE